IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **FERRARE PIPER,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. **3:24-CV-1131-BT** |
| § | |
| **NISSAN MOTORS ACCEPTANCE** § | |
| **CORPORATION and NISSAN NORTH** § | |
| **AMERICA, INC.,** § | |
| § | |
| Defendants. § | |

# ORDER

On January 8, 2025, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 20) was entered, recommending that the court grant deny Plaintiff's Motion for Default Judgment (Doc. 11); deny Defendants' Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(5) (Doc. 16), and give pro se Plaintiff Ferrare Piper one last opportunity to properly serve Defendants without 30 days of the date the district court accepts these findings and recommendations. No objections to the Report were filed.

Having considered the parties motions, the file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **denies** the parties' motions (Docs. 11, 16), and will give Plaintiff *one final opportunity* to serve Defendants and cure the service deficiencies identified by the magistrate judge.[*] Plaintiff is **directed** to effect service as to both Defendants and file an executed return of service setting forth details regarding the manner of service by **March 3, 2025**,

---

[*] This action was filed by Plaintiff on May 13, 2024. Accordingly, she has more than sufficient time to effect service on both Defendants in accordance with Federal Rule of Civil Procedure 4, which allows the court to dismiss without prejudice an action, after notice and opportunity to cure, when a plaintiff fails to effect service within 90 days of filing suit. *See* Fed. R. Civ. P. 4(m).

**Order – Page 1**

or show cause in writing by this date for her failure or inability to do so. *Failure to comply with this order will result in dismissal without prejudice of this action and Plaintiff's claims against both Defendants pursuant to Federal Rule of Civil Procedure 4(m).*

**It is so ordered** this 31st day of January, 2025.

Sam A. Lindsay
United States District Judge

Order – Page 2